UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SMITH, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>BUDGET RENT A CAR SYSTEM, INC., AVIS BUDGET GROUP, INC., and DOES 1 to 10,<br><br>Defendants. | Case No. 2:19-cv-04720-SVW-PLAx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: January 2, 2020

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

4818-6346 4367.1 088152.1008