UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SMITH, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>BUDGET RENT A CAR SYSTEM, INC., AVIS BUDGET GROUP, INC., and DOES 1 to 10,<br><br>Defendants. | Case No. 2:19-cv-04720-SVW-PLA<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court has received the Joint Stipulation of Class Action Settlement and Release (hereinafter sometimes referred to as the "Settlement" or "Agreement"), entered into between the Plaintiff and Class Representative for the proposed Certified Settlement Class in this matter, on the one hand, and Defendants Budget Rent A Car System, Inc. and Avis Budget Group, Inc. ("Defendants"), on the other hand, and their respective counsel of record.

After reviewing the Agreement, and the other documents filed in support of the

Motion for Preliminary Approval of Class Action Settlement, and having considered the arguments by the respective parties, THE COURT HEREBY ORDERS THE FOLLOWING:

## **ORDERS**

1. The Court hereby grants preliminary approval of the proposed Settlement upon the terms and conditions set forth in the Agreement. The Court preliminarily finds that the terms of the proposed Settlement are fair, adequate and reasonable, and that they comply with Rule 23(e) of the Federal Rules of Civil Procedure ("FRCP"). The Court hereby adopts and incorporates by this reference the recitals, terms and conditions of the Settlement.

2. The Court preliminarily finds that the Settlement is the product of serious, informed, non-collusive negotiations conducted at arm's-length by the Parties. In making these preliminary findings, the Court considered, among other factors, the potential damages claimed in the lawsuit on behalf of Plaintiff and members of the Certified Settlement Class, Defendants' potential liability, the risks of continued litigation including trial outcome, delay and potential appeals, the substantial benefits available to the Certified Settlement Class as a result of the Settlement, the Parties' participation in mediation with an experienced class action mediator, and the fact that the proposed Settlement represents a compromise of the Parties' respective positions rather than the result of a finding of liability at trial. The Court further preliminarily finds that the terms of the Settlement have no obvious deficiencies and do not improperly grant preferential treatment to any individual member of the Certified Settlement Class.

3. The Court approves the proposed manner of the notice of Settlement set forth in the Agreement. The Court also approves the size and contents of the Notice of Proposed Class Action Settlement.

4. The Court finds that the proposed manner of the notice of Settlement set forth in the Agreement (and the Notice of Proposed Class Action Settlement referenced

therein and which the Court approves of, as set forth in paragraph 3, above) constitutes the best notice practicable under the circumstances and is in full compliance with the United States Constitution and the requirements of due process. The Court further finds that the notice fully and accurately informs the Certified Settlement Class of all material elements of the lawsuit and proposed class action Settlement, and each Certified Settlement Class Member's right and opportunity to object to the proposed class action Settlement and be heard at the final approval (fairness) hearing.

5. The proposed plan for mailing the Notice of Proposed Class Action Settlement and Claim Form by first-class mail to the Certified Settlement Class Members' last-known address is an appropriate method, reasonably designed to reach all individuals who would be bound by the Settlement. There is no alternative method of sending the Notice to the Certified Settlement Class that would be more practicable, and any more reasonably likely to notify the Class Members. The proposed Notice of Proposed Class Action Settlement and the notice plan set forth in the Settlement are the best practicable notice under the facts and circumstances of this case.

6. The Parties are ordered to carry out the Settlement according to the terms of the Settlement Agreement.

7. The Court appoints ___Phoenix Class Action Administrations_____ as the Settlement Administrator. Promptly following entry of this order, the Settlement Administrator will prepare a final version of the Notice of Proposed Class Action Settlement and Claim Form, incorporating into it the relevant dates and deadlines set forth in this Order and the Settlement Agreement and will commence the notice process in accordance with the scheduling set forth herein.

8. The deadline for filing objections to the Settlement shall be ___September 25_____, 2020, which is forty-five (45) days from the mailing of the Notice of Settlement, in conformity with the Settlement Agreement and this Order.

9. Any Certified Settlement Class Member who desires to object to the Settlement must file with the Court, not later than ___October 30_____, 2020 (the "Objection

1  Deadline"), a written statement objecting to the Settlement and setting forth the grounds
2  for the objection. The written statement of objection must indicate whether the Certified
3  Settlement Class Member intends to appear and object to the Settlement at the Final
4  Approval Hearing, and the failure to so indicate will constitute a waiver of the right to
5  appear at the Final Approval Hearing. A Certified Settlement Class Member who does
6  not timely file an objection in the manner and by the Objection Deadline specified above
7  will be deemed to have waived all objections and will be foreclosed from making any
8  objections to the Settlement, whether by appeal or otherwise.

9      10. Class Counsel's motion for an award of attorney's fees and costs and the
10  Class Representatives' motion for a service enhancement shall be filed no later than
11  fourteen (14) calendar days before the final approval (i.e. "final fairness") hearing.

12      11. The Court will hold a final approval hearing on _November
13  16_____, 2020, at  1:30 p.m . ~~a.m.~~ in Courtroom 10A, to consider the
14  fairness, reasonableness and adequacy of the proposed Settlement as well as the
15  award of attorney's fees and costs to Class Counsel and incentive (service) awards to
16  the Class Representative. The Court reserves the right to adjourn or continue the final
17  approval (fairness) hearing without further notice to the Settlement Class members.

19  **IT IS SO ORDERED.**
20  Dated: July 22, 2020

                                              Hon. Stephen V. Wilson
                                              United States District Court Judge

4849-2279-3913.1 088152.1008

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441