UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SMITH, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>    Plaintiff,<br><br>v.<br><br>BUDGET RENT A CAR SYSTEM, INC., AVIS BUDGET GROUP, INC., and DOES 1 to 10,<br><br>    Defendants. | CASE NO. 2:19-cv-04720-SVW (PLAx)<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES, COSTS, SETTLEMENT ADMINISTRATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD<br><br>Date: November 16, 2020<br>Time: 1:30 p.m.<br>Ctrm: 10A |

Plaintiff's motion for attorney fees, costs, settlement administration expenses, and class representative service award was heard on November 16, 2020. With good cause appearing, the court grants the motion and orders the following:

1. Plaintiff is awarded attorney fees of $103,471.
2. Plaintiff may recover costs of $14,262.53.
3. The settlement administrator will be paid $9,500.
4. Veronica Smith will receive an enhancement award of $5,000

IT IS SO ORDERED.

Date: November 17, 2020

_____
Hon. Judge Stephen V. Wilson