JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SMITH, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>        Plaintiff,<br><br>  v.<br><br>BUDGET RENT A CAR SYSTEM, INC., AVIS BUDGET GROUP, INC., and DOES 1 to 10,<br><br>        Defendants. | CASE NO. 2:19-cv-04720-SVW (PLAx)<br><br>JUDGMENT |

Pursuant to the terms of the Final Approval Order judgment is entered for plaintiff Veronica Smith and the Class in the amount of $413,884.03 pursuant to the

terms of the approved settlement. Said settlement amount shall be distribued as follows:

- $40,000 in PAGA penalties, of which 75% will be paid the California Labor and Workforce Development Agency and the rest distributed in a pro-rata share to the Aggrieved Employees.
- $5,000 class representative enhancement for Plaintiff Veronica Smith.
- $103,471 attorney fees, which is 23% of the gross settlement amount.
- $14,262.53 in costs reimbursements to Plaintiff's counsel, the final amount to be determined at final approval.
- $9,500 for expenses of settlement administration.
- $255,121.50, or the net settlement amount, to be distributed in a pro-rata share to the collective and the class.

Based on and subject to the terms of the Final Approval Order this entire matter is dismissed with prejudice.

IT IS SO ORDERED.

Date: November 17, 2020       _____

_ Hon. Judge Stephen V. Wilson